1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **CENTRAL DISTRICT OF CALIFORNIA**

10                              **EASTERN DIVISION**

11   **RHONDA L. CISNEROS,**                    )
                                                )    **No. EDCV 09-2319  AJW**
12                                              )
                           **Plaintiff,**       )
13              **v.**                           )    **J U D G M E N T**
     **MICHAEL J. ASTRUE,**                      )
14   **Commissioner of the Social**             )
     **Security Administration,**               )
15                                              )
                           **Defendant.**        )
16   _____      )

17          **IT IS ADJUDGED** that defendant's decision is affirmed in part (as to the decision that

18   plaintiff was disabled and entitled to an award benefits for the period from November 8, 2002

19   through January 31, 2007) and reversed in part and remanded to defendant for an award of benefits

20   (as to the decision that plaintiff was not disabled due to medical improvement beginning on

21   February 1, 2007).

22

23   December 14, 2010

24

25

26                                          _____
                                            ANDREW J. WISTRICH
27                                          United States Magistrate Judge

28