1  WILLIAM M. KUNTZ   # 153052
   Attorney at Law
2  4780 Arlington Avenue
   Riverside, CA 92504
3  (951) 343-3400
   Fax (951) 343-4004
4  E-Mail: KuntzSSlaw @sbcglobal.net
   Attorney for Plaintiff
5

6

7

8             UNITED STATES DISTRICT COURT
          FOR THE CENTRAL DISTRICT OF CALIFORNIA
9                    EASTERN DIVISION

10

11 RHONDA LEE CISNEROS,           )   CASE NO.: **EDCV 09-2319 AJW**
                                  )
12           Plaintiff,           )   ORDER AWARDING
                                  )   EAJA FEES
13       v.                       )
                                  )
14 MICHAEL J. ASTRUE,             )
   Commissioner of Social Security,)
15                                )
             Defendant.           )
16 _____  )

17

18     Based upon the parties' Stipulation for Award and Payment of Equal Access

19 to Justice Act (EAJA) Fees ("Stipulation"),

20     **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the

21 Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND TWO

22 HUNDRED FOUR DOLLARS and no/cents ($2,204.00), as authorized by  28

23 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

24     February 9, 2011

25

26

27                            _____
                              ANDREW J. WISTRICH
28                            UNITED STATES MAGISTRATE JUDGE

1